UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARDY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BHUPINDER SINGH and GRK TRANSPORT LLC, and Does I-X,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-00207-ART-CSD |
| SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>BHUPINDER SINGH and GRK TRANSPORT LLC,<br><br>Defendants. | |

Plaintiffs Daniel Hardy and Scott and Cindy Thayer bring this consolidated action against Defendants for claims arising out of a collision between a truck and tractor-trailer. Cole Thayer died and Hardy was injured in the collision. Pending before the Court is Hardy's motion for partial summary judgment (ECF No. 52). For the following reasons, the Court denies Hardy's motion.

Hardy requests that the Court grant partial summary judgment on Scott and Cindy Thayers' "potential claim for loss of probable support." (*Id.* at 1–2.) Scott and Cindy Thayer respond that they are "making no claim against Daniel

Hardy" and therefore the relief sought is inappropriate. (ECF No. 54 at 3.) The Court agrees. Scott and Cindy Thayer have not made a claim for loss of probable support, or any other claim, against Hardy in this case. (*See* ECF No. 37.) The Court cannot grant summary judgment on a claim that has not been made.

The Court therefore DENIES Plaintiff's motion for partial summary judgment (ECF No. 52).

DATED: February 13, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2