UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARDY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BHUPINDER SINGH and GRK TRANSPORT LLC, and Does I-X,<br><br>　　　　　　　Defendants. | Case No.: 3:23-cv-00207-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 59 |
| SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BHUPINDER SINGH and GRK TRANSPORT LLC,<br><br>　　　　　　　Defendants. | |

　　　Defendant AONE Brokerage, LLC, has filed a Motion for Protective Order. (ECF No. 59.) Preliminarily, the motion does not comply with the Court's Civil Standing Order which sets forth the process for informally attempting to resolve a discovery dispute before filing a formal motion to compel. (ECF No. 7.) The motion must be titled as a "Motion Regarding Discovery Dispute" and is limited to **5 pages**, and must contain certain provisions. Moreover, Defendant's motion fails to comply with Local Rule IA 1-3(f)(2), which provides that a declaration must state all meet and confer efforts, including the time, place, manner, and participants, and contain a certification that despite sincere efforts to resolve or narrow the dispute, the parties were unable to do so. The failure

to comply with this rule is grounds for denial of the motion. LR IA 1-3(f)(4). For these reasons, Defendant's motion (ECF No. 59) is **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

    Dated: March 4, 2025

                                            _____
                                            Craig S. Denney
                                            United States Magistrate Judge