UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARDY,<br><br>      Plaintiff,<br><br>v.<br><br>BHUPINDER SINGH and GRK TRANSPORT LLC, and Does I-X,<br><br>      Defendants.<br><br>SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER,<br><br>      Plaintiffs,<br><br>v.<br><br>BHUPINDER SINGH and GRK TRANSPORT LLC,<br><br>      Defendants. | Case No.: 3:23-cv-00207-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 62 |

Before the court is Defendant's Motion Regarding Discovery Dispute. (ECF No. 62.)

Pursuant to the Court's Civil Standing Order (ECF No. 7), Plaintiffs shall file a response on or before close of business on **Friday, March 7, 2025.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

Dated: March 5, 2025.

                       _____
                       Craig S. Denney
                       United States Magistrate Judge