**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
**SCHUETZE, McGAHA, TURNER & FERRIS PLLC**
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
(702) 369-3225
(702) 369-2110 FAX
bmcgaha@smlvlaw.net

Attorney for Plaintiffs
*Scott Thayer & Cindy Thayer*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER,<br><br>Plaintiffs,<br><br>vs.<br><br>BHUPINDER SINGH, GRK TRANSPORT LLC, and LUCKY TRANSPORT LLC; AONE BROKERAGE LLC and DOES I-X<br><br>Defendants. | **CASE NO**: 3:23-cv-00207-ART-CSD |
| DANIEL HARDY,<br><br>Plaintiff,<br>vs.<br><br>BUHPINDER SINGH, GRK TRANSPORT LLC. LUCKY TRANSPORT LLC; AONE BROKERAGE LLC and DOES I-X.<br><br>Defendants | |

**STIPULATION AND ORDER FOR REMOTE APPEARANCE FOR HEARING ON PLAINTIFFS' JOINT MOTION FOR SANCTIONS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, that WILLIAM W. McGAHA, ESQ. of the law firm SCHUETZE, McGAHA, TURNER & FERRIS, PLLC., counsel for Plaintiffs SCOTT THAYER and CINDY THAYER; JEFFREY H. BALLIN, ESQ. of the law firm ROGERS, MASTRANGELO, CARVALHO &

PAGE **1** OF **3**

MITCHELL, counsel for BHUPINDER SINGH and GRK TRANSPORT, LLC; JARED G. CHRISTENSEN, ESQ. of the law firm BREMER WHYTE BROWN & O'MEARA, counsel for Defendant LUCKY TRANSPORT LLC; and ASHLEY OLSON, ESQ. of the law firm OLSON CANNON & GORMLEY, counsel for Defendant AONE BROKERAGE LLC hereby respectfully request to appear via video conference for the hearing on PLAINTIFFS' JOINT MOTION FOR SANCTIONS scheduled before this Honorable Court on May 9, 2025 at 10:00 a.m.  ROBERT R. JENSEN, ESQ. of JENSEN PERSONAL INJURY LAW, LLC, on behalf of Plaintiff DANIEL HARDY, will appear in person.

**DATED** this   6th   day of May 2025.

| | |
|---|---|
| SCHUETZE, McGAHA, TURNER & FERRIS, PLLC.<br><br>By:/s/William W. McGaha<br>    WILLIAM W. McGAHA, ESQ.<br>    601 S. Rancho Drive, Suite C-20<br>    Las Vegas, Nevada 89106<br>    Attorneys for Plaintiffs<br>    *Scott Thayer & Cindy Thayer* | JENSEN PERSONAL INJURY LAW, LLC<br><br>By: /s/Robert R. Jensen<br>    ROBERT R. JENSEN, ESQ.<br>    222 California Avenue<br>    Reno, NV 89509<br>    *Attorneys for Plaintiff Daniel Hardy* |
| QUINTAIROS, PRIETO, WOOD & BOYER, P.A.<br><br>By /s/Jeffrey H. Ballin<br>    JEFFREY H. BALLIN, ESQ.<br>    2370 Corporate Circle, Suite 160<br>    Henderson, Nevada 89074<br>    Attorneys for Defendants<br>    *Bhupinder Singh & GRK Transport, LLC* | BREMER WHYTE BROWN & O'MEARA<br><br>By /s/Jared G. Christensen<br>    JARED G. CHRISTENSEN, ESQ.<br>    1160 N. Town Center Drive, Suite 250<br>    Las Vegas, Nevada 89144<br>    *Attorneys for Defendant Lucky Transport* |
| OLSON CANNON & GORMLEY<br><br>By /s/Ashley Olson<br>    ASHLEY OLSON, ESQ.<br>    9950 W. Cheyenne Avenue<br>    Las Vegas, Nevada 89129<br>    *Attorneys for Defendant*<br>    *AONE Brokerage LLC* | |

1
2                                          **ORDER**
3       IT IS SO ORDERED.
4       DATED this  7th      day of May, 2025.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE