UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SCOTT THAYER and CINDY THAYER,

    Plaintiffs

v.

BHUPINDER SINGH, et al.,

    Defendants

DANIEL HARDY,

    Plaintiff

v.

BHUPINDER SINGH, et al.,

    Defendants

Case No.: 3:23-cv-00207-ART-CSD

**Order**

Re: ECF No. 91

    Non-party DAT Solutions, LLC (DAT) filed a motion to quash, or alternatively to modify, a deposition subpoena. (ECF No. 83.) Plaintiff Daniel Hardy filed a response. (ECF No. 86.) DAT filed a reply brief on August 7, 2025. (ECF No. 88.)

    On August 8, 2025, Plaintiff Daniel Hardy filed a supplement to his response, including a declaration of counsel. (ECF Nos. 91, 91-1.)

    The Local Rules permit the filing of a motion, response and reply brief. Supplementation is prohibited without leave of court, and the court may strike supplemental filings made without leave. LR 7-2.

Plaintiff Daniel Hardy did not seek leave of court before filing his supplement. Therefore, the supplement (ECF Nos. 91, 91-1) is **STRICKEN**.

**IT IS SO ORDERED**.

Dated: August 11, 2025

_____
Craig S. Denney
United States Magistrate Judge