UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER,<br><br>Plaintiffs,<br><br>vs.<br><br>BHUPINDER SINGH, GRK TRANSPORT LLC, and LUCKY TRANSPORT LLC; AONE BROKERAGE LLC and DOES I-X<br><br>Defendants. | **CASE NO**: 3:23-cv-00207-ART-CSD |
| DANIEL HARDY,<br><br>Plaintiff,<br>vs.<br><br>BUHPINDER SINGH, GRK TRANSPORT LLC. LUCKY TRANSPORT LLC; AONE BROKERAGE LLC and DOES I-X.<br><br>Defendants | |

**ORDER GRANTING STIPULATION FOR BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, that WILLIAM W. McGAHA, ESQ. of the law firm SCHUETZE, McGAHA, TURNER & FERRIS, PLLC., counsel for Plaintiffs SCOTT THAYER and CINDY THAYER;

PAGE **1** OF **3**

ROBERT R. JENSEN, ESQ. of the law firm JENSEN PERSONAL INJURY LAW, LLC, counsel for Plaintiff DANIEL HARDY; JEFFREY H. BALLIN, ESQ. of the law firm QUINTAIROS, PRIETO, WOOD & BOYER, P.A., counsel for Defendants BHUPINDER SINGH and GRK TRANSPORT, LLC; TONYA MERRBACH, ESQ. of the law firm BREMER WHYTE BROWN & O'MEARA, counsel for Defendant LUCKY TRANSPORT LLC; and JIM OLSON, ESQ. and NATASHA SHARMA, ESQ. of the law firm OLSON CANNON & GORMLEY, counsel for Defendant AONE BROKERAGE LLC hereby respectfully stipulate as follows:

1. Defendants LUCKY TRANSPORT LLC and AONE BROKERAGE LLC respectively filed motions for summary judgment on November 5th, 2025.
2. The parties herein stipulate and agree that based upon the complexity and length of the motions for summary judgment that all responding parties shall have up to and including January 6, 2026, in which to file a Response to each motion for summary judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. The parties additionally stipulate and agree that Defendants shall have up to and including February 10, 2026, in which to file a Reply brief.

**DATED** this  20th  day of November 2025.

| | |
|---|---|
| SCHUETZE, McGAHA, TURNER & FERRIS, PLLC.<br><br>By:/s/William W. McGaha<br>　　WILLIAM W. McGAHA, ESQ.<br>　　601 S. Rancho Drive, Suite C-20<br>　　Las Vegas, Nevada 89106<br>　　Attorneys for Plaintiffs<br>　　*Scott Thayer & Cindy Thayer* | JENSEN PERSONAL INJURY LAW, LLC<br><br>By: /s/Robert R. Jensen<br>　　ROBERT R. JENSEN, ESQ.<br>　　222 California Avenue<br>　　Reno, NV 89509<br>　　*Attorneys for Plaintiff Daniel Hardy* |
| QUINTAIROS, PRIETO, WOOD & BOYER, P.A.<br><br>By /s/Jeffrey H. Ballin<br>　　JEFFREY H. BALLIN, ESQ.<br>　　2370 Corporate Circle, Suite 160<br>　　Henderson, Nevada 89074<br>　　Attorneys for Defendants<br>　　*Bhupinder Singh & GRK Transport, LLC* | BREMER WHYTE BROWN & O'MEARA<br><br>By /s/Tonya Merrbach<br>　　MADELINE M. ARCELLANA, ESQ.<br>　　TONYA MERRBACH, ESQ.<br>　　1160 N. Town Center Drive, Suite 250<br>　　Las Vegas, Nevada 89144<br>　　*Attorneys for Defendant Lucky Transport* |
| OLSON CANNON & GORMLEY<br><br>By /s/Natasha Sharma<br>　　JIM OLSON, ESQ.<br>　　NATASHA SHARMA, ESQ.<br>　　9950 W. Cheyenne Avenue<br>　　Las Vegas, Nevada 89129<br>　　*Attorneys for Defendant*<br>　　*AONE Brokerage LLC* | |

## **ORDER**

IT IS SO ORDERED.

DATED this 26th day of November, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE