**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER,<br><br>                          Plaintiffs,<br><br>                v.<br><br>BUHPINDER SINGH, GRK TRANSPORT LLC, LUCKY TRANSPORT LLC; AONE BROKERAGE LLC and DOES I-X,<br><br>                          Defendants. | **CASE NO.: 3:23-cv-00207-ART-CSD**<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR EXTENDED BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT |
| DANIEL HARDY,<br><br>                          Plaintiff,<br><br>                v.<br><br>BUHPINDER SINGH, GRK TRANSPORT LLC, LUCKY TRANSPORT LLC; AONE BROKERAGE LLC and DOES I-X,<br><br>                          Defendants. | |

1

## STIPULATION AND ORDER FOR EXTENDED BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, that JIM OLSON, ESQ. and NATASHA SHARMA, ESQ. of the law firm OLSON CANNON & GORMLEY, counsel for Defendant AONE BROKERAGE LLC; WILLIAM W. McGAHA, ESQ. of the law firm SCHUETZE, McGAHA, TURNER & FERRIS, PLLC., counsel for Plaintiffs SCOTT THAYER and CINDY THAYER; ROBERT R. JENSEN, ESQ. of the law firm JENSEN PERSONAL INJURY LAW, LLC, counsel for Plaintiff DANIEL HARDY; JEFFREY H. BALLIN, ESQ. of the law firm GORDON REES SCULLY MANSUKHANI, counsel for Defendants BHUPINDER SINGH and GRK TRANSPORT, LLC; and MADELINE M. ARCELLANA, ESQ. and TONYA MERRBACH, ESQ. of the law firm BREMER WHYTE BROWN & O'MEARA, counsel for Defendant LUCKY TRANSPORT LLC (collectively the "Parties") hereby respectfully stipulate as follows:

1.      Defendant LUCKY TRANSPORT LLC filed its Motion for Summary Judgment on November 5, 2025 [ECF Nos. 95, 96, and 97].

2.      Defendant AONE BROKERAGE LLC respectively filed its Motion for Summary Judgment on November 5th, 2025 [ECF No. 98].

3.      The Parties stipulated to extend the briefing schedule for the respective motions for summary judgment on November 24, 2025 [ECF No. 99], which this Honorable Court granted on November 26, 2025 [ECF No. 100].

4.      All Parties filed their respective responses and oppositions to the respective motions for summary judgment across January 6, 2026 and January 7, 2026 [ECF Nos. 101, 102, 103, 104, and 105].

5.      The Parties herein stipulate and agree that based upon the complexity and length of the motions for summary judgment that all responding parties shall have up to and including February 24, 2026, in which to file their respective reply motions in support of the respective motions for summary judgment.

**DATED** this 9th day of February 2026.

| | |
|---|---|
| OLSON CANNON & GORMLEY<br><br>By: */s/ Natasha Sharma*<br>    JAMES R. OLSON, ESQ.<br>    NATASHA SHARMA, ESQ.<br>    9950 W. Cheyenne Avenue<br>    Las Vegas, Nevada 89129<br>    *Attorneys for Defendant*<br>    *AONE Brokerage LLC* | JENSEN PERSONAL INJURY LAW, LLC<br><br>By: */s/ Robert Jensen*<br>    ROBERT R. JENSEN, ESQ.<br>    222 California Avenue<br>    Reno, NV 89509<br>    *Attorneys for Plaintiff Daniel Hardy* |
| SCHUETZE, McGAHA, TURNER<br>    & FERRIS, PLLC.<br><br>By: */s/ William W. McGaha*<br>    WILLIAM W. McGAHA, ESQ.<br>    601 S. Rancho Drive, Suite C-20<br>    Las Vegas, Nevada 89106<br>    *Attorneys for Plaintiffs*<br>    *Scott Thayer & Cindy Thayer* | BREMER WHYTE BROWN & O'MEARA<br><br>By: */s/ Tonya Merrbach*<br>    MADELINE M. ARCELLANA, ESQ.<br>    TONYA MERRBACH, ESQ.<br>    1160 N. Town Center Drive, Suite 250<br>    Las Vegas, Nevada 89144<br>    *Attorneys for Defendant Lucky Transport* |
| GORDON REES SCULLY MANSUKHANI<br><br>By: */s/ Jeffrey H. Ballin*<br>    JEFFREY H. BALLIN, ESQ.<br>    300 South Fourth Street, Suite 1550<br>    Las Vegas, NV 89101<br>    *Attorneys for Defendants*<br>    *Bhupinder Singh & GRK Transport, LLC* | |

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED this <u>10th day of February 2026</u>.

_____
Anne R. Traum
United States District Judge

3