DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
T: 702.868.2600; F:  702.385.6862
E-Mail:  dcanderson@duanemorris.com
         tehafen@duanemorris.com

Attorneys for Non-Party
*DAT Solutions, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased COLE THAYER, | CASE NO.:  3:23-CV-00207-ART-CSD |
| Plaintiff, | ORDER GRANTING |
| v. | **REQUEST TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND FOR DISCONTINUATION OF NOTICE** |
| BHUPINDER SINGH, GRK TRANSPORT LLC, LUCKY TRANSPORT LLC; AONE BROKERAGE LLC and DOES I-X, | |
| Defendants. | |
| DANIEL HARDY, | |
| Plaintiff, | |
| v. | |
| BHUPINDER SINGH, GRK TRANSPORT LLC, LUCKY TRANSPORT LLC; AONE BROKERAGE LLC and DOES I-X, | |
| Defendants. | |

Dominica C. Anderson and Tyson E. Hafen of Duane Morris LLP, counsel for non-party DAT Solutions, LLC, bring this Request to Remove Counsel from CM/ECF Service List and for Discontinuance of Notice.

Counsel for DAT Solutions, LLC objected to a third-party subpoena months ago but are no longer involved in this dispute. Therefore, it is no longer necessary for the above-named counsel to receive further CM/ECF notice in this matter. Accordingly, it is requested that Dominica C. Anderson and Tyson E. Hafen be removed from the CM/ECF service list.

DATED: February 10, 2026          **DUANE MORRIS LLP**

By: */s/ Tyson E. Hafen*
          Dominica C. Anderson (SBN 2988)
          Tyson E. Hafen (SBN 13139)

Attorneys for Non-Party
*DAT Solutions, LLC*

IT IS SO ORDERED.

DATED: February 11, 2026.

_____
Craig S. Denney
U.S. Magistrate Judge