**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER,<br><br>Plaintiffs,<br>v.<br><br>BUHPINDER SINGH, GRK TRANSPORT LLC, LUCKY TRANSPORT LLC; AONE BROKERAGE LLC and DOES I-X,<br><br>Defendants. | **CASE NO.: 3:23-cv-00207-ART-CSD** |
| DANIEL HARDY,<br>Plaintiff,<br><br>v.<br><br>BUHPINDER SINGH, GRK TRANSPORT LLC, LUCKY TRANSPORT LLC; AONE BROKERAGE LLC and DOES I-X,<br><br>Defendants. | **ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiffs SCOTT THAYER and CINDY THAYER, by and through their respective attorneys of record, WILLIAM W. McGAHA, ESQ. of the law

firm SCHUETZ, McGAHA, TURNER & FERRIS, PLLC, Plaintiff DANIEL HARDY, by and through his respective attorneys of record, ROBERT R. JENSEN, ESQ. of the law firm JENSEN OLDHAM PERSONAL INJURY LAW, P.C., and Defendant AONE BROKERAGE LLC, by and through its attorneys of record, JAMES R. OLSON, ESQ., ASHLEY OLSON, ESQ., and NATASHA SHARMA, ESQ. of the law firm OLSON CANNON & GORMLEY, hereby stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs SCOTT THAYER and CINDY THAYER's and Plaintiff DANIEL HARDY's claims against Defendant AONE BROKERAGE LLC, be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 10th day of September, 2026.

SCHUETZ, McGAHA, TURNER & FERRIS, PLLC

*/s/William W. McGaha*
WILLIAM W. McGAHA, ESQ.
Nevada Bar No. 003234
601 S. Rancho Drive, Suite C-20
Las Vegas, NV 89106
Attorneys for Plaintiffs Scott Thayer and Cindy Thayer

DATED this 10th day of September, 2026.

JENSEN OLDHAM PERSONAL INJURY LAW, P.C.

*/s/Robert R. Jensen*
ROBERT R. JENSEN, ESQ.
Nevada Bar No. 2558
CODY M. OLDHAM, ESQ.
Nevada Bar No. 14594
203 S. Arlington Avenue
Reno, NV 89501
Attorneys for Plaintiff Daniel Hardy

DATED this 10th day of September, 2026.

OLSON CANNON & GORMLEY

*/s/James R. Olson*
JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
ASHLEY OLSON, ESQ.
Nevada Bar No. 15448
NATASHA SHARMA, ESQ.
Nevada Bar No. 16320
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendant AONE BROKERAGE, LLC

**IT IS SO ORDERED.**

DATED this 10th day of September, 2026

Anne R. Traum, U.S. District Judge