ROBERT R. JENSEN
NSB No. 2558
CODY M. OLDHAM
NSB No. 14594
JENSEN OLDHAM PERSONAL INJURY LAW
203 S. Arlington Avenue
Reno, Nevada 89501
Tel: 775.333.7555
Fax: 775.323.4993
E-mail: bob@jensenoldham.com
E-mail: cody@jensenoldham.com

*Attorneys for Plaintiff*

JENSEN OLDHAM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER,<br><br>Plaintiff,<br><br>v.<br><br>BHUPINDER SINGH, GRK TRANSPORT LLC, LUCKY TRANSPORT LLC; AONE BROKERAGE LLC and DOES I-X<br><br>Defendants. | **CASE NO.:** 3:23-cv-00207-ART-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF THE PARTIES' JOINT PRETRIAL ORDER** |
| And related actions | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Daniel Hardy, Robert R. Jensen, Esq., and Cody M. Oldham, Esq., of Jensen | Oldham Personal Injury Law, PC, Plaintiffs Scott and Cindy Thayer by and through their counsel, William W. McGaha, Esq., of Schuetze, McGaha, Turner & Ferris, PLLC., Defendants Bhupinder Singh and GRK Transport, LLC., by and through their counsel Jordan Masiakos, Esq. and local counsel Jeffrey H.

Ballin, Esq., and Defendant Lucky Transport LLC, by and through their counsel Tonya Merrbach, Esq., and Madeline M. Arcellana, Esq., of Bremer Whyte Brown & O'Meara, LLP., that the current deadline to submit the parties' Joint Pretrial Order be continued sixty (60) days beyond the currently set deadline.

**I. REASON FOR REQUESTED EXTENSION**

The parties have already made efforts to coordinate the drafting of the Joint Pretrial Order. The parties are also engaging in settlement discussions to attempt to resolve the matter prior to submitting a Joint Pretrial Order.

DATED this 11th day of September, 2026.

JENSEN | OLDHAM PERSONAL INJURY LAW

/s/ Robert R. Jensen

ROBERT R. JENSEN
CODY M. OLDHAM
203 S. Arlington Avenue
Reno, Nevada 89501
*Attorneys for Plaintiff Daniel Hardy*

DATED this 11th day of September, 2026.

SCHUETZE MCGAHA TURNER & FERRIS

/s/ William W. McGaha

WILLIAM W. MCGAHA
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
*Attorney for Plaintiffs Scott & Cindy Thayer*

///

///

JENSEN OLDHAM

DATED this 11th day of September, 2026.

MASIAKOS, MERCURIO & ASSOCIATES, P.C.

/s/ Jeffrey H. Ballin (Local Counsel for)

JORDAN MASIAKOS, ESQ. (pro hac vice)
New York Bar No. 2462141
401 Franklin Avenue, Suite 318
Garden City, NY 11530
(516) 248-2326

*Attorneys for Defendants*
*Bhupinder Singh and GRK Transport, LLC*

DATED this 11th day of September, 2026.

BREMER WHYTE BROWN & O'MEARA

/s/ Tonya Merrbach

TONYA MERRBACH
MADELINE A. ARCELLANA
1160 N. Town Center Drive, Suite 250
Las Vegas, Nevada 89144
*Attorneys for Defendant Lucky Transport*

**IT IS SO ORDERED.**

DATED this 11th day of September, 2026.

U.S. MAGISTRATE JUDGE