**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER,<br><br>Plaintiffs,<br><br>vs.<br><br>BHUPINDER SINGH; GRK TRANSPORT LLC; LUCKY TRANSPORT LLC; AONE BROKERAGE LLC; and DOES I-X,<br><br>Defendants.<br><br>DANIEL HARDY,<br><br>Plaintiff,<br><br>vs.<br><br>BHUPINDER SINGH; GRK TRANSPORT LLC; LUCKY TRANSPORT LLC; AONE BROKERAGE LLC; and DOES I-X,<br><br>Defendants. | Case No.: 3:23-cv-00207-ART-CSD<br><br>**ORDER GRANTING**<br><br>**Joint Stipulation to Extend Pre-Trial Order Deadline**<br><br>**(Second Request)** |

The parties, by and through their counsel of record, stipulate that the Joint Pre-Trial Order filing deadline be extended from November 10, 2026 to December 10, 2026. The reasons for the

stipulation include:

1) Bruce Dickinson Esq. has just filed a Notice of Association of counsel for the Defendants Bhupinder Singh and GRK Transport LLC. [DOC 124] The insurance carrier for Mr. Singh and GRK Transport LLC has tendered policy limits to the Plaintiffs. Because the tender was made the last week of October 20, 2026, counsel for the Plaintiffs need some time to meet with their clients to review and respond to the offer.

2) Matthew Beckstead Esq. has just filed an Appearance in this case. [DOC 123] He has requested additional time to review the case in order to meaningfully participate in preparing the Joint Pre-Trial Memo.

Therefore, good cause exists for this extension.

Dated this 9th day of November, 2026

**JENSEN OLDHAM PERSONAL INJURY LAW**

/s/ Robert R. Jensen

By:______________________________
Robert R. Jensen, Esq.
Cody M. Oldham, Esq.
203 S. Arlington Avenue
Reno, Nevada 89501
bob@jensenoldham.com
cody@jensenoldham.com

*Attorneys for Plaintiff,*
*Daniel Hardy*

Dated this 9th day of November, 2026

**SCHUETZE, MCGAHA, TURNER & FERRIS PLLC**

/s/ William W. McGaha

By:_____________________________________
William W. McGaha, Esq.
601 S. Rancho Drive, Suite C-20
Las Vegas, NV 89106
bmcgaha@smlvlaw.net

*Attorneys for Plaintiffs,*
*Scott Thayer and Cindy Thayer*

*Signatures continue on next page*

Dated this 9th day of November, 2026

**RESNICK & LOUIS, P.C.**

/s/ *Matthew B. Beckstead*

By________________________
MATTHEW B. BECKSTEAD, ESQ
Nevada Bar No. 14168
8945 West Russell Rd, Suite 330
Las Vegas, Nevada 89148
mbeckstead@rlattorneys.com

Attorney for Defendant, LUCKY TRANSPORT, LLC

Dated this 9th day of November, 2026

**THORNDAL ARMSTRONG, PC**

By:______________________________
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
bsd@thorndal.com

Attorney for Bhupinder Singh and GRK Transport LLC

*-and-*

Jordan Masiakos, Esq.
**Masiakos, Mercurio & Associates PC**
401 Franklin Avenue, Suite 318
Garden City, NY 11530
Tel: (516) 248-2326
jmasiakos@mmdlawgroup.com

*Pro hac vice attorney for Defendants, Bhupinder Singh and GRK Transport LLC*

**ORDER**

| Event | **NEW Deadline** |
| --- | --- |
| Joint Pre-Trial Order | **December 10, 2026** |

**IT IS SO ORDERED.**

______________________________
Anne R. Traum
United States District Judge

Dated this 12th day of November, 2026